In the Matter of the COMMISSIONER OF SOCIAL SERVICES OF ULSTER COUNTY, on Behalf of DIANN F. MONTGOMERY, Respondent, v KENLEY POWELL, Appellant.

Submitted October 9, 2007; decided November 19, 2007

Reported below, 39 AD3d 946.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

In the Matter of SHAWN GREEN, Appellant, v GLENN S. GOORD, as Commissioner of New York State Department of Correctional Services, Respondent.

Submitted October 22, 2007; decided November 19, 2007

Motion for reargument of motion for leave to appeal denied [*see* 9 NY3d 886 (2007)].

CHESTER JOHNSON, Also Known as CHESTER DAVIDSON, Appellant, v STATE OF NEW YORK, Respondent.

Submitted October 9, 2007; decided November 19, 2007

Reported below, 2007 NY Slip Op 69287(U).

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.